

# CRIMINAL MINUTE SHEET

(X) IN OPEN COURT  () IN CHAMBERS  DATE: 1/10/06  TIME: 10:00am

Honorable William S. Duffey, Jr.                    Nick Marrone, Court Reporter

                                                                      Jessica Birnbaum, Deputy Clerk

UNITED STATES OF AMERICA                    Phyllis Clerk

vs                                          1:05-cr-191-2-WSD

LARRY GILLIAM                               Bill Morrison

HEARINGS/PRE-TRIALS/EVIDENCE: Sentencing hearing held. The Court accepts the PSR as the findings of fact. The Court GRANTED the Government's [87] Motion for downward departure. The Court informed the dft of his appeal rights. Dft is remanded to the CUSM.

Court adjourned at 10:30 until further order.

**TIME SPENT IN COURT: 30 MIN.**