PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 0 1 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

U. S. A. vs. Larry Gilliam                                     Docket No. 1:05-CR-191-02-WSD

## SUMMONS AND ORDER TO SHOW CAUSE
## WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

  COMES NOW N. Keith Scott PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Larry Gilliam who was placed on supervision for the offense of Bank Larceny, in violation of 18 U.S.C. §§2113(b) and 2, by the Honorable William S. Duffey, Jr. sitting in the Court at Atlanta, on the 10th day of January, 2006, who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device and those terms are defined in 18 U.S.C. §921.

2. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on supervised release and at least two periodic drug tests thereafter as directed by the U. S. Probation Officer.

3. The defendant shall participate as directed in a program approved by the U. S. Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the U. S. Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Officer's Sliding Scale for Substance Abuse Treatment Services.

4. The defendant shall cooperate with DNA collection at the direction of the U. S. Probation Officer.

5. The defendant shall submit to a search of his person or property at the direction of the U. S. Probation Officer.

6. The defendant shall pay restitution of $1,801 payable immediately. If restitution is not paid in full at the time of the defendant's release, payment shall become a condition of supervised release to be paid at a rate of $50 per month.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

1. <u>Illegal Drug Use:</u>  On or about May 14, 2007, the defendant possessed illegal drugs in that a urine specimen collected from him on May 14, 2007, tested positive for cocaine.

2. <u>Failed to Comply With Drug Testing:</u> The defendant failed to submit to drug testing pursuant to the code-a-phone system as directed on the following dates: May 12, 2007, June 16, 2007, and June 30, 2007.

3. <u>Failed to Comply With Drug Treatment:</u> On June 21, 2007, the defendant failed to report for drug treatment as directed.

4. **Failed to Maintain Employment:** On April 11, 2007, the defendant was terminated from employment for excessive tardiness and absenteeism.

5. **Failed to Submit Monthly Supervision Reports (MSR):** The defendant failed to submit MSR as directed for the months of May and June 2007.

6. **Failed to Pay Restitution:** The defendant failed to make payments toward restitution as directed leaving arrears of $100 through July.

PRAYING THAT THE COURT WILL ORDER Larry Gilliam to appear before the Court on Monday, August 20, 2007, at 9:00 a.m., as directed to show cause why Supervised Release should not be revoked.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 30th day of July, 2007, and ordered filed and made a part of the records in the above case. | N. Keith Scott<br>Sr. U. S. Probation Officer |
| | Place: Atlanta, Georgia |
| | Date: July 23, 2007 |
| Honorable William S. Duffey, Jr.<br>U. S. District Court Judge | Leigh A. Knight<br>Supervising U. S. Probation Officer    7/23/07 |