# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:05-cr-00191-WSD-CCH
## USA v. Harvin et al
## Honorable William S. Duffey, Jr.

Minute Sheet for proceedings held In Open Court on 09/13/2007.

| | |
|---|---|
| TIME COURT COMMENCED: 11:00 A.M. | COURT REPORTER: Nicholas Marrone |
| TIME COURT CONCLUDED: 11:50 A.M. | CSO/DUSM: 1 USM, 1 CSO present |
| TIME IN COURT: 00:50 | DEPUTY CLERK: Janet Reed |

| | |
|---|---|
| DEFENDANT(S): | [2]Larry Gilliam Present at proceedings |
| ATTORNEY(S) PRESENT: | Douglas Gilfillan representing USA<br>** Brian Mendelsohn representing Larry Gilliam |
| PROCEEDING CATEGORY: | Revocation of Supervised Release Hearing(Supervised Release Hearing Non-evidentiary); |
| REVOCATION HEARING INFO. | Defendant ADMITTED allegations.<br>Court found that defendant DID violate conditions of Supervised Release.<br>Supervised Release was CONTINUED. |
| MINUTE TEXT: | After hearing from counsel, the defendant and the probation officer, the Court advised the defendant to find a new place to live, to get a sponsor, to attend 2 AA or NA meetings per week, and to submit an evaluation from his counselor. The hearing was continued for 45 days. |
| HEARING STATUS: | Hearing not concluded. Court adjourned until further ordered. |