# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:05-cr-00191-WSD-CCH
## USA v. Harvin et al
## Honorable William S. Duffey, Jr.

Minute Sheet for proceedings held In Open Court on 10/09/2009.

TIME COURT COMMENCED: 9:35 A.M.  
TIME COURT CONCLUDED: 10:13 A.M.  
TIME IN COURT: 00:38  
COURT REPORTER: Nick Marrone  
USPO: Keith Scott  
DEPUTY CLERK: Jessica Birnbaum  

| | |
|---|---|
| DEFENDANT(S): | [2]Larry Gilliam Present at proceedings |
| ATTORNEY(S) PRESENT: | Douglas Gilfillan representing USA<br>Brian Mendelsohn representing Larry Gilliam |
| PROCEEDING CATEGORY: | Revocation of Supervised Release Hearing(Supervised Release Hearing Non-evidentiary) |
| REVOCATION HEARING INFO. | Defendant ADMITTED-IN-PART AND DENIED-IN-PART allegations.<br>Court found that defendant DID violate conditions of Supervised Release.<br>Supervised Release was REVOKED. |
| MINUTE TEXT: | Final Supervised Release hearing held. The Court made its findings and revoked Dft's Supervised Release and ordered Dft to 8 months in CBOP followed by no period of supervised release. Order to follow. Dft remanded to CUSM. |
| HEARING STATUS: | Hearing Concluded |